# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-40692
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 7, 2018

Lyle W. Cayce
Clerk

Consolidated with 17-40689

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MELVIN MALDONADO-GUEVARA,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 5:16-CR-1387-1
USDC No. 5:17-CR-105-1

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Melvin Maldonado-Guevara has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967) and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Maldonado-Guevara has not filed a response. We have

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 17-40692
c/w No. 17-40689

reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no non-frivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5th Cir. R. 42.2.